29 A.3d 736

IN THE MATTER OF MARK W. FORD, AN ATTORNEY AT LAW, (ATTORNEY NO. 034061982).

November 3, 2011.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 11–115, concluding that **MARK W. FORD** of **GLOUCESTER CITY,** who was admitted to the bar of this State in 1983, should be censured for failing to safeguard funds and for negligently misappropriating client trust funds, in violation of *RPC* 1.15(a) and for committing recordkeeping improprieties, in violation of *R.* 1:21–6 and *RPC* 1.15(d);

And good cause appearing;

It is ORDERED that **MARK W. FORD** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.